## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 02-40 Erie |
| v. | ) |
| | ) |
| JOHN COOLEY | ) |

### O R D E R

AND NOW, *to wit*, this 29th day of July, 2005, the above-captioned matter having been remanded for resentencing in accordance with United States v. Booker, 125 S. Ct. 738 (2005),

**IT IS HEREBY ORDERED** that the Defendant's **Resentencing** will be held on **Monday, September 26, 2005, at 1:30 p.m. in Courtroom C**, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                                              s/ Sean J. McLaughlin
                                                             United States District Judge

cm:       Christian Trabold, AUSA
             Bruce Sandmeyer, Esq.
             U.S. Probation Department
             U.S. Marshal Service