**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 02-40 Erie |
| | ) |
| JOHN COOLEY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

AND NOW, this 20th day of September, 2005, IT IS HEREBY ORDERED that sentencing is rescheduled before the undersigned on **Tuesday, November 1, 2005 at 1:30 p.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

                                                                              s/ Sean J. McLaughlin
                                                                              United States District Judge

cc:    All parties of record.
       U.S. Marshal Service
       Probation