IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-40 Erie |
| | ) | |
| JOHN COOLEY | ) | |

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1.  Name of Detainee:  John Cooley, 20139-068, Year of Birth:  1956, African American, Male.

2.  Detained by:  USP Hazelton, U.S. Penitentiary, P.O. Box 2000, Bruceton Mills, West Virginia  26525.

3.  Detainee has been sentenced in this district for violation of Title 21, United States Code, Section 846, and is presently in federal custody at USP Hazelton, Bruceton Mills, West Virginia.

4.  The above case is set for Resentencing at Erie, Pennsylvania on November 1, 2005, at 1:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5.  The Warden of USP Hazelton, Bruceton Mills, West Virginia has no objection to the granting of this petition.


s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013


ORDER


The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.


_____        _____
DATE                        UNITED STATES DISTRICT JUDGE


cc:  United States Attorney