# *United States District Court*

## For the Western District of Pennsylvania

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.  CR 02-40 Erie |
| | ) | |
| | ) | |
| JOHN COOLEY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING ON**  Re-Sentencing

Before Judge     Sean J. McLaughlin

  Christian A. Trabold                              Bruce Sandmeyer


Appear for Plaintiff                              Appear for Defendant


Hearing begun     1:40 p.m. 10/18/05               Hearing adjourned to _____
Hearing concluded C.A.V. 2:20 p.m.                 Stenographer Ron Bench
                                                   Clerk  Nicole Kierzek

WITNESSES:

Character Witnesses:  Qwen Cooley
Mary Taylor
J & C to Follow

Defendant's Group -A exhibits attached

February 7, 2003

Judge Sean J McLaughlin
Federal Courthouse
617 State Street
Room 240
Erie, Pennsylvania 16501

Your Honor,
    I can say I have known John all of his life, through his grandmother
and mother, and I have never to my knowledge known him to be a violent or
vindictive person.

I also have no reason to feel John would be a threat to anyone if he is given a
chance to prove the issued at hand are false and he is a worthy citizen.

I have known John to be not only a loving father, husband, but a loving son.

Judge in this day and age where it seems we as children of God seem to be
our own worst enemies, by striking out at one another in some form, so I am
sure your wisdom and life experiences in this capacity will enable you to
make a correct decision in this matter.

Your patience Judge,
Sincerely,


Rev. Marie McRae


DEFENDANT'S
EXHIBIT
A-Group



**The Victory Christian Corporation**
*The Victory Christian Center of Erie, Inc.*
*Bishop's Institute of Applied Sciences & Biblical Studies*
*660 Hess Avenue, Erie, PA 16503*
*814-455-0256 • Fax 814-874-3063*

*Angela Vincent - Administrator*                    *Leon Jackson - Chief of Staff*

The Rt. Rev.
Dwane Brock - Bishop

January 31, 2003

TO WHOM IT MAY CONCERN:

My name is Dwane Brock, the Episcopal leader and Chief Executive Officer
of the Victory Christian Corporation. I have served as John Cooley's Bishop
for a number of years. And prior to being his Bishop, I served as his Pastor.

I have known Mr. Cooley as a good family man who is very protective of his
family, wife, children and grandchildren. I have never known him to be
involved in any violent activity whatsoever. Is He a threat to the community
or anyone else, I say that in my Episcopai judgment that He is not. I pray
sir, that your judgment of Him will be tempered with wisdom and mercy.

Sincerely and Respectfully,

Bishop Dwane Brock

*Isaiah 62:10 ...Go through, go through the gate...cast up a highway... lift up a standard for the people...*



Joseph A. Gerace, Sheriff

# CHAUTAUQUA COUNTY JAIL CHAPLAINCY COMMITTEE

*Ministering to Those in Jail*

P.O. Box 128 • Mayville, New York 14757 • Phone: (716) 753-4361

12/17/03

Honorable Sean McLaughlin
175 Park Av.
Erie,PA 16507

Your Honor,

This letter is in regards to one John Cooley.John was an inmate in our facility for some time.I personally had the opportunity and pleasure of getting to know John.In that time I was impressed with his desire to learn. This man changed during his stay here and truly became a Christian.He took it upon himself to start and continue a bible study in the POD area and involved a number of others in the teachings of our Lord.He also participated in our 12 step program and the bible study offered here.

I feel that John has a lot to offer to others to help them change and turn some lives around.Please consider this man and what positive blessings he has to offer to others.

In His Service,

*Dennis Johnson*

Dennis Johnson,Chaplain

*May God Continue to Bless
+ Keep you*

| NAME | ADDRESS | ZIP |
|---|---|---|
| *(illegible)* Williams | *(illegible)* East *(illegible)* | *(illegible)* |
| *(illegible)* | 225 *(illegible)* Ave | 6505 |
| *(illegible)* | 225 *(illegible)* Ave | 16505 |
| *(illegible)* | 818 E 18th St | 16513 |
| *(illegible)* | 225 *(illegible)* Ave | 16505 |
| *(illegible)* | *(illegible)* St. | 16503 |
| *(illegible)* | 432 E 9 | 16503 |
| *(illegible)* | 225 E 19th St | 16503 |
| *(illegible)* Jones | 730 E 19 St, 16503 | 16503 |
| Mark Jones | 7318 East Lake Rd | 16511 |
| John *(illegible)* | 1518 East 15th Street | 1600? |
| Jay Butler | 2304 Buffalo Rd | 16510 |
| *(illegible)* Baby | 1242 E 20th | *(illegible)* |
| Lee N Smith Sr | 725 26 DEAR | 16518 |
| Charles *(illegible)* | 316 E 23 ST | 16503 |
| *(illegible)* | 802 E 12 *(illegible)* | 16503 |
| *(illegible)* | *(illegible)* | 16517 |
| *(illegible)* | 1800 East 18th *(illegible)* | 16510 |
| *(illegible)* | 412 E 12th *(illegible)* | 16505 |
| *(illegible)* | 638 E 22nd | 16503 |
| *(illegible)* | 201 E 21 ST | 16503 |
| *(illegible)* | 1956 E 19 St | *(illegible)* |
| Georgia Knight | 136 E 17 St | 16503 |
| *(illegible)* Arrington | 2114 *(illegible)* | 16509 |
| *(illegible)* | *(illegible)* | 505 |
| *(illegible)* | 465 West *(illegible)* | *(illegible)* |
| *(illegible)* | 433 E 9th St | 16503 |
| *(illegible)* | 433 E 9th St | 16503 |
| *(illegible)* | 926 Buffalo Rd | 16503 |
| *(illegible)* Carson *(illegible)* | 1335 E 24th | 16503 |
| *(illegible)* | 1206 East 20 | 16503 |
| *(illegible)* | *(illegible)* Buffalo Rd | 16516 |
| Rufus S *(illegible)* | 1864 B Buffalo Rd | 16516 |
| *(illegible)* Johnson | 917 East 18 | 16502 |
| *(illegible)* Johnson | " " " | 16502 |
| *(illegible)* | 1131 *(illegible)* | *(illegible)* |
| Tammy *(illegible)* | 8350 *(illegible)* Street | 16503 |
| *(illegible)* | 32 E Plum St | 16507 |

| NAME | ADDRESS | ZIP |
|---|---|---|
| Dorothy J. Cooley | 1978 Prospect Ave Erie | 16510 |
| _illegible_ | 2005 Hershey ave | 16509 |
| _illegible_ | _illegible_ | 2510 |
| _illegible_ Owen | 331 METZ, ERIE | 16508 |
| Rev. Robert Schell Sr. | 1140 WEST 6TH ST | 16507 |
| Judy Oller | 1975½ Prospect Ave | 16510 |
| _illegible_ | 313 E 32 st | 16504 |
| Sandy Davis | 2613 Holland | 16504 |
| _illegible_ Miller | 643 E 4th Str | 16507 |
| _illegible_ | _illegible_ | 16507 |
| David A. Norton | P.O. Box 225 Erie, Pa. | 16507 |
| Cynthia H. Johnson | 2004 School Hill | 16510 |
| _illegible_ | _illegible_ School Ave | 16510 |
| _illegible_ | 2010 School Ave | 16510 |
| William _illegible_ Sr. | 2010 School Ave | 16510 |
| Gloria Cooley | 2010 Brooklyn ave | 16510 |
| Robert W Nobles | 2005 School ave | 16510 |
| Terri M Cooley | 2005 School ave | 16510 |
| Joe L. Cooley Sr | 2005 School ave | 16510 |
| Kathy Stephens | 2010 School Ave | 16510 |
| Carol L Locks | 1339 E 38 St | 16504 |
| _illegible_ Willis | 2004 School Ave | 16510 |
| _illegible_ William Simms | 1978 Prospect Ave. | 16510 |
| _illegible_ | 1602½ Buffalo Rd. | 16510 |
| _illegible_ Johnson | 1115 E 2st St | 16504 |
| Cynthia Moore | 402 Myrtle | 16507 |
| _illegible_ | 402 myrtle | 16507 |
| _illegible_ Benson | 859 East 26 St | 16503 |
| _illegible_ | 234 Walnut St | 16508 |
| Rev. Martha Nesbitt Patrick | 1909 W 8th St Ste 300 | 16505 |
| _illegible_ Gate | 3815 Dexter Ave | 16504 |
| _illegible_ Knight | 1206 East Lake Rd | 16507 |
| Stacey J. Williams | 1417 Reed St | 16503 |
| _illegible_ Thomas | 1078 Prospect Ave | 16510 |
| _illegible_ Neal | 341 West 2nd | 16507 |

| NAME | ADDRESS | ZIP |
|---|---|---|
| Gwendolyn Cooley | 503 Lighthouse St | 16507 |
| Gisselding Tate | 2109 Camphausen Ave | 16510 |
| Tyna Figueroa | 1353 East 20th St. | 16503 |
| Geneva Cork | 307 Wo. 16th | 16502 |
| Myrna Huedelberg | 1129 E. 4th St. | 16507 |
| Chestie M. Cyder | 704 East 6th Street | 16507 |
| Shullette L. Lyndig | 746 B. Tacoma Rd Apt. 4 | 16511 |
| Doris McDonNer | 1247 E. 22th St. | 16503 |
| Jackie Graham | 3126 Woodlawn Ave. | 16510 |
| Deonne Odom | 2112 Pear St | 16510 |
| Barbara Odom | 2412 Pear St | 16510 |
| Tonya Park | 2344 E 26th St | 16510 |
| Shawn Warner | 454 E 5 St. | 16507 |
| Sonya Wallace | 2112 Pear St. | 16510 |
| Julia R Chandler | 701 Brandes | 16503 |
| Toby Odom | 501 Lighthouse St. | 16507 |
| Karen L Myers | 4624 Stab | 16509 |
| Thelma Chandler | 2622 Wayne St | 16504 |
| Ettie Fassett | 1221 East 27 St | 16504 |
| Rosemary Gilmou | 518 Chestnut | 16502 |
| Shandra Preston | 737 E 21 St | 16503 |
| Edward Fitzgerald | 2650 Elmwood Park Ave | 16508 |

| NAME | ADDRESS | ZIP |
|------|---------|-----|
| Rick Gore | 5121 Cherry St | 16509 |
| Vernon Jones | 1242 East 23rd | 16503 |
| Evonuel Tate | 2058 Buffalo Rd | 16510 |
| Robert Neavins | 735 East 25 St | 16503 |
| Martiel E Hollingsworth | 623 E 22 fl 1 | 16503 |
| Johnnie Williams Sr Tere | 2040 E. 18th | 16510 |
| Richlene Williams | 1008 German St | 16503 |
| Pauline Smith | 547 E 3rd | 16507 |
| Trina Norton | 240 Blest 18" 1 | 16502 |
| Deanna Williams | 1719 Walnut St | 16502 |
| ??? | 1808 F Buffalo Apt 2 | 16570 |
| Danielle Hall | 831 South Park Ave | 16508 |
| Rebecca Adams | 624 East 5th upper | 16507 |
| Renley Tate | 2062 Buffalo Rd | 16510 |
| Curtis Buck | 5149 Henderson Rd | 16509 |
| Billy White | 1028 E 11 Street | 16503 |
| Anna Tate | 345 E 14 Street | 16503 |
| Tommy Dunlap | 348 E 11th St | 16503 |
| Teddy Smith | 1837 Buffalo Rd | 16509 |
| William Lyons | 932 W 5th Back Apt | 16509 |
| Barry Spencer | 1956 East 19th St | 16510 |
| Mary Spencer | " " " | 16510 |
| Leslie McCoy | " " " | 16510 |
| Cassandra Szepp | 2125 Jones St | 16510 |
| Karen P Beck | 1920 Camphousen | 16510 |
| Julie Twohig | 1208 West 11 St | 16502 |
| Walter Williams | 430 E 21 st SE | 16503 |
| Rhoda Martin | 1850 A 4 Buffalo R | 16510 |
| Nelson Norton | 462 Wilson | 16507 |
| Craig L. Motts | 120 Wallace | 16503 |
| Allie Porter | 1162 East 33 St | 16504 |
| Damon Brown | 1226 Buffalo Rd. 1 | 16503 |
| Lenise Lyons | 955 E. Gist | 16503 |
| Nalika DiRourke | 853 Marche St | 16507 |
| Ruth Carrr | 889 10th | 16502 |

total 36

```
HAZ40         *        PROGRAM REVIEW REPORT        *        06-04-2005
PAGE 001                                                     07:54:54
```

INSTITUTION: HAZ  HAZELTON USP

NAME.......: COOLEY, JOHN                         REG. NO: 20139-068
RESIDENCE..: ERIE, PA 16503

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: _November 2005_

PROJ. RELEASE DATE..: UNKNOWN           RELEASE METHOD.: LIFE
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: _November 2005_ DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y ✓        IF YES, RECONCILED (Y/N): _Yes_

PENDING CHARGES.....: _____

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: _Yes_
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | - - - - - - - | CURRENT ASSIGNMENT - - - - - - - - | EFF DATE | TIME |
|----------|---------------|-----------------------------------|----------|------|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 04-03-2008 | 1319 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 06-01-2004 | 1354 |
| CMA | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 06-01-2004 | 1353 |
| CMA | V94 PV | V94 PAST VIOLENCE | 06-01-2004 | 1353 |
| CUS | IN | IN CUSTODY | 03-17-2004 | 0817 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 06-01-2004 | 1353 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 06-23-2004 | 1221 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-23-2004 | 1427 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 07-09-2004 | 0752 |
| LEV | HIGH | SECURITY CLASSIFICATION HIGH | 03-15-2004 | 1134 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-05-2005 | 1455 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 05-05-2005 | 1456 |
| QTR | E03-118L | HOUSE E/RANGE 03/BED 118L | 05-13-2005 | 1021 |
| RLG | PROTESTANT | PROTESTANT | 08-29-2004 | 1840 |
| WRK | DINING AM | DINING ROOM AM DETAIL ✓ | 05-18-2005 | 0001 |

WORK PERFORMANCE RATING: _Cooley has been assigned to the Food Service Dining room Am detail since May 18, 2005. He has not received any work performance to date._

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _Cooley has not received any incident Reports during his incarceration. His reports from USP Allenwood PA were good._

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ _____

FRP PAYMENTS PAST 6 MO: $ _____     OBLG BALANCE: $ _0_

CURRENT FRP PLAN: $ _0_     PAYMENTS COMMENSURATE: YES ____ / NO ____

_Cooley has paid his $100 Felony Assessment_

# TRAINING CERTIFICATE

## PRESENTED TO

# JOHN COOLEY

## FOR SUCCESSFULLY COMPLETING THE

### COURSE FOR

# TUTOR TRAINING

**GIVEN AT U.S.P. HAZELTON, SUMMER 2005**

THE TUTOR TRAINING COURSE PREPARED THE STUDENT TO USE EFFECTIVE COMMUNICATION AND TEACHING STRATEGIES IN ORDER TO SET THE STANDARDS OF EDUCATIONAL ACHIEVEMENT IN U.S.P. HAZELTON'S EDUCATION DEPARTMENT.

_____
Signature

_____
25 July 2005
Date

# TRAINING CERTIFICATE

## PRESENTED TO

# JOHN COOLEY

## FOR SUCCESSFULLY COMPLETING THE

### COURSE FOR

## TUTOR TRAINING

**GIVEN AT U.S.P. HAZELTON, SUMMER 2005**

THE TUTOR TRAINING COURSE PREPARED THE STUDENT TO USE EFFECTIVE COMMUNICATION AND TEACHING STRATEGIES IN ORDER TO SET THE STANDARDS OF EDUCATIONAL ACHIEVEMENT IN U.S.P. HAZELTON'S EDUCATION DEPARTMENT.

_____
Signature

25 July 2005
Date

Adult Continuing Education

Certification of

Completion

Awarded to:

**John Cooley**

Is hereby acknowledged by the undersigned for completion of the

# GED Refresher Course

Requiring 22 hours of training given this 21st, day of August, 2004

Mr. Robert Clark

Literacy Coordinator

United States Penitentiary, Allenwood Complex, White Deer, Pennsylvania

# OSHA
# 10-HOUR GENERAL INDUSTRY
# SAFETY & HEALTH
# OUTREACH TRAINING PROGRAM

PRESENTED TO

## JOHN COOLEY

INTRODUCTION TO OSHA
PERSONAL PROTECTIVE EQUIPMENT
HAZARD COMMUNICATION
FLAMMABLE AND COMBUSTIBLE LIQUIDS

MEANS OF EGRESS AND FIRE PROTECTION
ELECTRICAL AND LOCKOUT/TAGOUT
WALKING AND WORKING SURFACES
MACHINE GUARDING

January 2005
Date

Instructor

# Career Resource Center

## Certificate of Completion

*Awarded to:*

# John H. Cooley Jr.

*For participation in the U.S.P. Allenwood*

*Mock Job Site Workshop*

*Given this day December 15th, 2004*

*Career Resource Coordinator*

*Mr. E. Smith*

# Certification of
## Completion
### Awarded to:

## John H. Cooley Jr.

*For participation in the USP Allenwood*

## Job Interview Seminar

Given this day December 8th, 2004



_____
*Pennsylvania CareerLink Instructor*
Ms. D. Manney

_____
*Career Resource Coordinator*
Mr. E. Smith

# Career Resource Center

## Career Interest Inventory

Awarded to:

# John Cooley Jr.

Given this day October 25th, 2004

_Mr. E. Smith_
Career Resource Coordinator

_Mrs. E. Sheatler_
Seminar Instructor

# Career Resource Center

## Career Interest Inventory

Awarded to:

# John Cooley Jr.

Given this day April 25th, 2005



Career Resource Coordinator
Mr. E. Smith

Seminar Instructor
Mrs. E. Sheatler

Downloaded from ... page 18 of 26 ... f2068b3213b938c5

# Career Resource Center

## Certificate of Completion

Awarded to:

# John H. Cooley Jr.

For participation in the U.S.P. Allenwood
Resume writing skills Workshop
Given this day March 14th , 2005

*Manney*
Pennsylvania CareerLink
Ms. D. Manney

*E. Smith*
Career Resource Coordinator
Mr. E. Smith

# Certification of Completion

## Awarded to:

### John Cooley

For participation in the USP Allenwood

# Job Search Seminar

Given this day January 10th, 2005



_D. Manning_
Pennsylvania CareerLink
Ms. D. Manney

_E. Smith_
Career Resource Coordinator
Mr. E. Smith



# Certificate of Completion

This is to certify that the under named participant has successfully completed U.S.P. Hazelton's Exercise Class.

John H. Cooley Jr.

U.S.P. Hazelton

C.J. Gaul, Supervisor of Recreation

Exercise Program

R. Ringer, Recreation Specialist

```
HAZ3S            *        INMATE EDUCATION DATA        *      09-01-2005
PAGE 001 OF 001 *              TRANSCRIPT             *      14:01:48

REGISTER NO: 20139-068    NAME..: COOLEY                  FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: HAZ-HAZELTON USP

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
HAZ  ESL HAS     ENGLISH PROFICIENT      06-23-2004 1221 CURRENT
HAZ  GED HAS     COMPLETED GED OR HS DIPLOMA  06-23-2004 1427 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
HAZ         BIBLE THEOLOGY — college  09-23-2004 08-24-2005  P  C  P   12 — Credits
HAZ         PG TUTOR TRAINING M 6:30-7:30 06-28-2005 07-29-2005  P  C  P   10
ALP         CRC-CAREER INVENTORY     04-25-2005 04-25-2005  P  C  P    2
ALP         CRC-RESUME WRITING       03-14-2005 03-14-2005  P  C  P    2
ALP         CRC-JOB SEARCH           01-10-2005 01-10-2005  P  C  P    2
ALP         GENERAL IND. OUTREACH TRAINING 08-30-2004 11-30-2004  P  C  P   10
ALP         CRC-JOB FAIR             12-15-2004 12-15-2004  P  C  P    5
ALP         CRC-INTERVIEWS           12-08-2004 12-08-2004  P  C  P    2
ALP         CRC-CAREER INVENTORY     10-25-2004 10-25-2004  P  C  P    2
ALP         REFRESHER COURSE COLLEGE PREP 06-05-2004 08-28-2004  P  C  P   22




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Career Resource Center
## Mock Job Site Exercise of December 15, 2005

Congratulations to each of the participants in the mock job site exercise on December 15, 2005.
The following is the ranking of the participants in their overall performance.

Top 5 applicants:

| name | percentage | total points out of total possible points of 172 |
|---|---|---|
| John Cooley | 94% | 162 |
| Carlos Velarde | 94% | 161 |
| Darrin Robinson | 92% | 158 |
| Donald Bradley | 89% | 153 |
| James Thomas | 88% | 151 |
| | 84% | 144 |
| | 78% | 135 |
| | 77% | 133 |
| | 75% | 129 |
| | 69% | 118 |
| | 69% | 118 |
| | 60% | 103 |

The job openings would have been offered to the top 2 applicants, but everyone had the
opportunity to learn something about themselves and from the exercise!



# INTERNATIONAL COLLEGE OF BIBLE THEOLOGY
### OFFICE OF THE DEAN
### HOME MISSIONS: CORRECTIONS
### "TO KNOW HIM AND TO MAKE HIM KNOWN"

### PROFILE FOR 1st & 2nd Year

Name: John H. Cooley Jr

Inmate ID: 20139-068      Location: USP - Allenwood / Hazelton

| Course Number | Old Number | Title | Date Completed | Grade | Credit | Notes |
|---|---|---|---|---|---|---|
| BNT-100 | — | New Testament Survey I | | | 3.0 | |
| BNT-110 | BI-102 | Between the Testaments | | | 3.0 | |
| BNT-214 | BI-204 | The Gospels (was NT-I) | | | 3.0 | |
| BNT-215 | BI-203 | General Epistles | | | 3.0 | |
| BOT-111 | — | Old Testament Survey I | | | 3.0 | |
| BOT-121 | BI-101 | Old Testament Studies I | | | 3.0 | |
| BOT-122 | — | Old Testament Survey II | | | 3.0 | |
| BOT-232 | BI-201 | Old Testament Studies II | | | 3.0 | |
| BPA-111 | PT-101 | Foundations of Faith I | 11-19-04 | B+ | 3.0 | |
| BPA-131 | PT-112 | Prayer I | 6-30-5 | A | 3.0 | |
| BPA-222 | PT-214 | Foundations of Faith II | | | 3.0 | |
| BPA-240 | PA-203 | Preparation for Ministry I | | | 3.0 | |
| BTH-101 | PA-106a | Obedience | | | 1.5 | 3.0 |
| BTH-106a | HT-120a | Bible Doctrines I | 1-25-5 | A | 1.5 | 3.0 |
| BTH-106b | HT-120b | Bible Doctrines II | 3-22-5 | A | 3.0 | |
| BTH-121 | HT-130 | Systematic Theology I | | | 3.0 | |
| BTH-232 | HT-211 | Systematic Theology II | | | 3.0 | |
| CED-111 | PA-106 | Life Management I (2 parts) | | | 3.0 | |
| MIS-111 | PT-124 | Introduction to Evangelism | | | 3.0 | |
| ELECTIVES | | | | | | |
| BOT-230 | HT-105 | O.T. Men & Women of Faith | | | 3.0 | |
| BPA-120 | PT-201 | Praise Life | | | 3.0 | |
| BPA-232 | PT-150 | God's Authority in the Believer | | | 3.0 | |
| BPA-250 | PT-212a | Armorbearer | | | 3.0 | |
| BPA-260 | PT-212b | Awareness of Church Government | | | 3.0 | |
| BTH-241 | — | Introduction to Bible Theology I | | | 3.0 | |
| BTH-252 | — | Introduction to Bible Theology II | | | 3.0 | |
| BTH-270 | HT-401a | The Holy Spirit | | | 3.0 | |
| CED-211 | PT-312 | Organization of Christian Education | | | 3.0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

We reserve the right to substitute equal credit courses as necessary. The student must have completed 72 hours for this section.
(Updated 6-24-2003 to reflect new course numbers & descriptions. All previous forms should be destroyed.)

2301 COUNTY DRIVE – PETERSBURG, VA., 23803



UNITED STATES GOVERNMENT

## MEMORANDUM

**United States Penitentiary, Allenwood, PA.**
October 28, 2004

MEMORANDUM FOR    **JOHN H. COOLEY JR.**   **#20139-068**

FROM:                R. M. Mudge, Safety Manager

SUBJECT:           OSHA Outreach Training Program Test Results

Congratulations, you have passed the OSHA Outreach Training Program Test with a score of **88%** . You should take great pride in this accomplishment.

Within the next 6-8 weeks, we should be receiving the certificates from OSHA, as well as an identification card showing completion of the course. Both will be provided to you by this office.

Thank you for your interest in this class, and if you have any questions, please feel free to contact me.

Case 1:02-cv-00019-SJM    Document 119-6    Filed 10/12/2005    Page 25 of 26

# Certification of
## Completion
### Awarded to:

# John H. Cooley Jr.

*For participation in the USP Allenwood*

## Job Interview Seminar

*Given this day December 8th, 2004*



_____
*Pennsylvania CareerLink Instructor*
Ms. D. Manney

_____
*Career Resource Coordinator*
Mr. E. Smith

# Career Resource Center

## Career Interest Inventory

Awarded to:

### John Cooley Jr.

Given this day October 25th, 2004

_Career Resource Coordinator_
Mr. E. Smith

_Seminar Instructor_
Mrs. E. Sheatler