## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 02-40 Erie |
| v. : | Judge McLaughlin |
| : | |
| JOHN COOLEY : | |

### NOTICE OF APPEAL

Notice is hereby given that John Cooley, Defendant in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from an Order of Sentence entered on October 18, 2005.

Respectfully Submitted

Bruce G. Sandmeyer

PAID #83569
1415 W. 38th Street
Erie PA 16508
(814) 860-8100

CERTIFICATION

I certify that a copy of this motion was mailed to the Christian Trebold, Esq., United States Attorney's Office, Erie PA 165219 this 24th Day of October 2005.

_____
Bruce G. Sandmeyer