Sean J. Mclaughlin, d.b.a. U.S. District Judge
U.S. District Court, Western District of Pennsylvania
U.S. Courthouse
Erie, Pennsylvania


To: Sean J. Mclaughlin d.b.a. U.S.District Judge

Re: Presentment (Indictment) Criminal No. 02-40-Erie

The enclosed presentment is accepted for value and consideration. This property is exempt from levy. Please adjust the account accordingly and release the bond to the undersigned promptly.

                                                  Thank you,


This Notice Hereof , sent by Certified Mail No. 7004 2510 0003 0399 2287
to the U.S. District Court  For Filing

Date:

                                        _____without recourse
                                        John Henry Cooley Jr(Secured Party)


cc: Files, Mr. Chrstian A. Trabold d.b.a. Assistant U.S. Attorney

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

One living, sentient, free will, natural man, known as _____ John Henry Cooley Jr _____ (hereinafter "One") acting with rights granted by God, and upheld by all valid and just law, now declares and attests that the following facts are true, correct, and complete to the best of One's knowledge, and in accord with One's deeply held spiritual convictions, and creed re God Almighty.

One issues this Affidavit of Specific Negative Averment (hereinafter "Affidavit") on the basis that each and every party acting against One, in any manner, purports to be acting in an official capacity.

This Affidavit constitutes an "Affidavit of Specific Negative Averment" in accordance with Federal Rules of Civil Procedure, Rule 9(a), re the differentiation between the legal person of _____ JOHN HENRY COOLEY JR _____, a limited liability corporate, transmitting utility, legal entity (DEBTOR) and the living individual, natural, sentient, unlimited liability, flesh, bone, and blood being of One, i.e. John Henry Cooley Jr _____ (Secured Party). Whereby One declares and Attests Absolutely that:

[**1.**]   One's true name **IS** John Henry Cooley Jr _____,
and **NOT** JOHN HENRY COOLEY JR _____.

[**2.**]   One's standing in law is that of a Sovereign, and is located on the soil of the land commonly referenced as Erie , Pennsylvania _____.

43

[3.]    The person of  JONH HENRY COOLEY JR                         ,
DEBTOR, is **Not** the same as the Sovereign (Secured Party)  John Henry Cooley Jr                        .

The undersigned Affiant,  John Henry Cooley Jr            i.e. One, does herewith declare and attest on One's unlimited liability, that One issues this Affidavit with sincere intent; that One is competent to state the matters set forth herein; that the contents are true, correct, and complete in accordance with One's knowledge and understanding and sincerely held spiritual convictions and creed. Further, Affiant says not.

Dated this  24th  day of the  Ninth            month, of the year, Two Thousand and  Five , C.E.

Respectfully submitted,

*[signature]*
John Henry Cooley Jr
Sovereign/American
Secured Party





HOLD HARMLESS AND INDEMNITY AGREEMENT   No. JHC-111876-HHIA
Non-Negotiable-Private Between the Parties

**PARTIES**
Debtor: COOLEY, JOHN HENRY, JR   trade name(\*)   **Creditor:** In care of: Post Office
P.O. 145   Box 145
Erie, PA 16512   Erie 16512
(\*) JOHN HENRY COOLEY JR  , and any and all   Pennsylvania Republic
derivatives and variations in the spelling   John Henry Cooley Jr.
of said name.) Debtor Social Security
Account Number: 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

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Eighteenth Day of the Eleventh Month in the Year of Our Lord One Thousand Nine Hundred and Seventy-Six Between juristic person, JOHN HENRY COOLEY JR., and any and all derivatives and variations in the spelling of said name except "John Henry Cooley Jr.," hereinafter jointly and severally "Debtor," and the living, breathing, flesh-and-blood man, known by the distinctive appellation John Henry Cooley, hereinafter "Creditor."

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, and without divison, that Debtor holds harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrents, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, cost, fines, liens, levies, penalties, damages, interest and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. **Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor surety, for Debtor.**

**Words Defined; Glossary of Terms:** As used in this Hold-harmless and Indemnity Agreement, the following words and terms express the meanings set forth as follows, non obstante:

  **Appellation.** In this Hold-harless and Indemnity Agreement the term "appellation" means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

  **Conduit.** In this Hold-harmless Indemnity Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name "JOHN HENRY COOLEY JR.  " also known by any and all derivatives and variations in the spelling of said name of Debtor except "John Henry Cooley Jr.."

  **Creditor.** In this Hold-harmless and Indemnity Agreement the term "Creditor" means John Henry Cooley Jr.

  **Debtor.** In this Hold-harmless and Indemnity Agreement the term "Debtor" means JOHN HENRY COOLEY JR  , also known by any and all derivatives and variations in the spelling of said name except "John Henry Cooley Jr.."

  **Derivative.** In this Hold-harmless and Indemnity Agreement the word "derivative" means coming from another; taken from something preceding; secondary; that which has not the orgin in itself, but obatins existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

  **Ens legis.** In this Hold-harmless and Indemnity Agreement the term "ens legis" means a creature of the law; an atrificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence.

  **Holad-harmless and Indemnity Agreement.** In this Hold-harmless and Indemnity Agreement the term "Hold-harmless and Indemnity Agreement" means this Hold-harmless and Indemnity Agreement No. JHC-111876-HHIA as this Hold-harmless and Indemnity Agreement may be amended and modified in accordance with the agreement of the parties signing hereunder, together with all attachments exhibits, documents, endorsements, and schedules re this Hold-harmless and Indemnity Agreement attached hereto.

**JOHN HENRY COOLEY JR.** In this Hold-harmless and Indemnity Agreement the term "JOHN HENRY COOLEY JR." means JOHN HENRY COOLEY JR., and any and all derivatives and variations in the spelling of said name except "John Henry Cooley Jr.," Common Law Copyright 1976 by John Henry Cooley Jr.  . All Rights Reserved.

**John Henry Cooley Jr.** . In this Hold-harmless and Indemnity Agreement the term "John Henry Cooley Jr." means the sentient, living, flesh-and-blood man identified by the distinctive appellation "John Henry Cooley Jr.." All rights reserved re use of John Henry Cooley Jr. , Autograph Common Law Copyright 1976 by John Henry Cooley Jr.  .

**Juristic person.** In this Hold-harmless and Indemnity Agreement the term " juristic person" means an abstract, legal entity ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; an imaginary entity, such as Debtor, i.e. JOHN HENRY COOLEY JR. , which, on the basis of legal reasoning, is treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

> "From the earliest times the law has enforced rights and exacted liabilities by utilizing a corporate concept by recognizing, that is, juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizable library. The historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to the ways men in carring on their affairs through what is now the familiar device of the corporation.----Attribution of legal rights and duties to a juristic person other than man is necessarily a metaphorical process. And none the worse for it. No doubt, "Metaphors in law are to be narrowly watched." Cardozo J. in Berkey v. Third avenue R. Co., 244 N.Y.84,94. "But all instruments of thought should be narrowly watched lest they be abused and fall in their service to reason." See U.S. v. SCOPHONY CORP. OF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 U.S."

**Living, breathing, flesh-and -blood man.** In this Hold-harmless and Indemnity Agreement the term "living, breathing, flesh-and-blood man " means the Creditor, John Henry Cooley Jr., a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, cerated by construct of law.

> "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338(1796) 2 S.E. 70.

**Non obstante.** In this Hold-harmless and Indemnity Agreement the term " non obstante" means: Words anciently used in public and private instruments with the intent of percluding, in advance, any interpertation other than certain declared objects, purposes.

**Sentient, living being.** In this Hold-harmless and Indemnity Agreement the term "sentient, living being" means the Creditor, i.e. John Henry Cooley Jr. ,a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like

**Transmitting Utility.** In this Hold-harmless and Indemnity Agreement the term "transmitting utility" means a conduit, e.g. the Debtor, i.e. JOHN HENRY COOLEY JR.

**UCC.** In this Hold-harmless and Indemnity Agreement the term "UCC" means Uniform Commercial Code

This Hold-harmless and Indemnity Agreement No. JHC-111876-HHIA is dated: the Eighteenth Day of the Eleventh Month in the Year of Our Lord One Thousand Nine Hundred and Seventy-Six

Debtor: JOHN HENRY COOLEY JR.

JOHN HENRY COOLEY JR.
───────────────────────────
Debtor's Signature

Creditor accepts Debtor's signature in accord with UCC§§ 1-201(39), 3-401(b)

Creditor's Signature _/s/ J. H. Cooley Jr._

Autograph Common Law Copyright 1976 by John Henry Cooley Jr.. All Rights reserved.

HOLD HARMLESS AND INDEMNITY AGREEMENT No. JHC-111876-HHIA
Page 3 of 3

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of _Pennsylvania_ }
County of _Erie_ } ss.

I, _Dorothy Jean Cooley_,
<sub>Name of Custodian of Original Document</sub>

hereby swear (or affirm) that the attached reproduction of

_Financing Statement_
<sub>Title or Description of Original Document</sub>

is a true, correct and complete photocopy of a document in my possession.

_Dorothy J. Cooley_
<sub>Signature of Custodian of Original Document</sub>

_1978 Prospect Ave Erie PA 16510_
<sub>Address</sub>

Subscribed and sworn (or affirmed) to before me on this
_5th_ day of _October_, _2005_.
<sub>Day       Month                Year</sub>

_Lynda A Schelinski_
<sub>Signature of Notary Public</sub>

**NOTARIAL SEAL**
LYNDA A. SCHELINSKI, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNSYLVANIA
MY COMMISSION EXPIRES OCT. 27, 2005

Place Notary Seal Above

---OPTIONAL---
<sub>Additional Information</sub>

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**RIGHT THUMBPRINT OF CUSTODIAN**
Top of thumb here

**Further Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Serial No.: _____ No. of Pages: _____

Signer(s) or Issuing Agency: _____

© 2001 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org   Prod. No. 5177   Reorder: Call Toll-Free 1-800-876-6827

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Dorthy Cooley
1978 Prospect Ave.
Erie, Pennsylvania 16510

**2005-2117767-78.01**
Kentucky Secretary of State
File Date    9/19/2005 4:30:00 PM
Status       Active
Fee:         $10.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| COOLEY | JOHN | HENRY | | JR |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O.Box 145 | Erie | PA | 16512 | US |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| 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 | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Cooley | John | Henry | | Jr |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| In care of:PostOfficeBox 145 | Erie | PA | Near[16512] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's assets,land,and personal property, and all of debtor's interest in said assets,land, and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement No. JHC-111876-SA dated the Eleventh Day of the Eighteenth Month in the Year of Our Lord One Thousand Nine Hundred and Seventy-six. Inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in the security agreement referenced above. Adjustment of this filing is in accord with UCC§§ 1-103, 1-104, and House Joint Resolution 192 of June 5,1933. Secured Party accepts Debtor's signature in accord with UCC§§ 1-201(39), 3-401

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICER COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

REORDER FROM
**Registré, Inc.**
514 PIERCE ST.

## INFORMATION REQUEST
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|

**B. RETURN TO** (Name and Address)

```
Dorthy Cooley
1978 Prospect Ave.
Erie , Pennsylvania 16510
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR NAME** to be searched - insert only **one** debtor name (1a or 1b) - do not abbreviate or combine names

   1a. ORGANIZATION'S NAME

   OR

   | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
   |---|---|---|---|
   | COOLEY | JOHN | HENRY | JR |

2. **INFORMATION OPTIONS** relating to UCC filings and other notices on file in the filing office that include as a Debtor name the name identified in item 1

   2a. SEARCH RESPONSE   [X] CERTIFIED (Optional)
   Select **one** of the following two options:   [ ] ALL (Check this box to request a response that is complete, including filings that have lapsed.)   [X] UNLAPSED

   2b. COPY REQUEST   [X] CERTIFIED (Optional)
   Select **one** of the following two options:   [ ] ALL   [X] UNLAPSED

   2c. SPECIFIED COPIES ONLY   [ ] CERTIFIED (Optional)

   | Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |
   |  |  |  |
   |  |  |  |

3. ADDITIONAL SERVICES:

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here)

   4a. [ ] Pick Up
   4b. [X] Other   Please return in the enclosed Self Addressed Stamped Envelope.
   Specify desired method here (if available from this office, private delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone ...))

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV. 05/09/01)

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| COOLEY | JOHN | HENRY, JR |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | NONE |

**12.** [ ] ADDITIONAL SECURED PARTY'S or [ ] ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers [ ] timber to be cut or [ ] as-extracted collateral, or is filed as a [X] fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a [ ] Trust or [ ] Trustee acting with respect to property held in trust or [ ] Decedent's Estate

**18.** Check only if applicable and check only one box.
[X] Debtor is a TRANSMITTING UTILITY
[ ] Filed in connection with a Manufactured-Home Transaction — effective 30 years
[ ] Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)