AO 458 (Rev. 5/85)  Appearance

# United States District Court

_____ DISTRICT OF _____

## APPEARANCE

CASE NUMBER: CR-02-40E

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   JOHN HENRY COOLEY, JR.

| | |
|---|---|
| OCTOBER 28, 2005 | *Signature* |
| *Date* | ELVAGE GIRARD MURPHY |
| | *Print Name* |
| | 211 HENDRICKS HALL |
| | *Address* |
| | EDINBORO,   PA   16444 |
| | *City*         *State*         *Zip Code* |
| | (814) 732-1625 |
| | *Phone Number* |

*Elvage Girard Murphy*

*Attorney at Law*

October 28, 2005

Susan Parmeter
Division Supervisor
Clerks Office-Erie Division
P.O. Box 1820
Erie, PA 16507

**RE:   Notice of Appearance
John H. Cooley, Jr.,
Case Number:   CR-02-40E**

Dear Ms. Parmeter:

Enclosed is a *Notice of Appearance* to be filed in the above-captioned case. A copy of the same has been forwarded to the United States Court of Appeals (3rd Circuit).

Thank you for your attention to this matter.

Sincerely,

Elvage G. Murphy, Esquire

cc:   Clerk
U.S. Court of Appeals
21400 U.S. Court House
601 Market Street
Philadelphia, PA 19106