CR 02-40
CR ~~02-4~~ . E

# TRANSCRIPT PURCHASE ORDER

**District Court**: Western Pennsylvania

**Court of Appeals Docket No.**: 05-4735
**District Court Docket No.**: CR-02-40

**Short Case Title**: USA v. COOLEY

**Date Notice of Appeal Filed by Clerk of District Court**: October 24, 2005

---

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☐ Already on file in the D.C. Clerk's office.
- ☒ This is to order a transcript of the proceedings heard on the date listed below from _Ronald Resch_
  (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

10/18/05 - Sentencing Hearing

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

- Voir dire ☐ ; Opening statement of plaintiff ☐ defendant ☐
- Closing argument of plaintiff ☐ defendant ☐
- Jury instructions ☐ Sentencing Hearings ☒

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- ☒ Private Funds

Signature: _____  Date: November 7, 2005

Print Name: Alvaro L. Murphy   Counsel for: John Cooley, Jr.

Address: 211 Hendricks Hall, Edinboro, PA 16444   Telephone: (814) 732-1835

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- ☐ Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____ Date    _____ Signature of Court Reporter    _____ Telephone

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

3CA (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I

*Elvage Girard Murphy*
_____

*Attorney at Law*

November 7, 2005

Clerk's Office
U.S. Court of Appeals
21400 U.S. Court House
601 Market Street
Philadelphia, PA 19106
Attention: Ms. Chanel R. Graham, Case Manager

**RE:    U.S. Court of Appeals for the Third Circuit**
         **U.S.C.A. Caption: U.S. v. John H. Cooley, Jr.,**
         **U.S.C.A. Docket No.: 05-4735**

Dear Ms. Graham:

Enclosed is Appellant's copy of the Transcript Purchase Order required to be transmitted to U.S. Court of Appeals (3rd Circuit). Remaining copies of the same have been transmitted accordingly.

Thank you for your attention to this matter.

Sincerely,

Elvage G. Murphy, Esquire

cc:    Susan Parmeter
       Division Supervisor
       Clerks Office-Erie Division
       P.O. Box 1820
       Erie, PA 16507