E X H I B I T "C"

1  Q.   Now, before the agents began speaking with you, they had
2  you read a form in Spanish, which gave you your rights under
3  the United States Constitution, is that right?
4  A.   Yes.
5  Q.   And in that form that you read and signed, it told you
6  that you didn't have to talk to those agents, is that right?
7  A.   Yes.
8  Q.   And it also told you that you had the right to ask for an
9  attorney before you talked to the agents, is that right?
10 A.   Yes.
11 Q.   But even though you saw that form, read that form in
12 Spanish and signed it, you chose to talk to the agents and tell
13 them lies, is that right?
14 A.   Yes.
15 Q.   Now, one thing you did tell the agents on that day was
16 that you rented a house from Mr. Cooley, is that right?
17 A.   Yes.
18 Q.   And that house was located at 1248 East 21st Street in
19 Erie, is that right?
20 A.   Yes.
21 Q.   Now, you also at the time you were arrested told the
22 agents that your name was Marco Ramirez, is that right?
23 A.   Yes.
24 Q.   And that in fact is the name under which you were
25 indicted and charged, is that right?

1   A.   Yes.

2   Q.   And after you were confronted by the agent with
3 information that they had found identification in the name of
4 Jose Velasquez, that's when you told them that your name was
5 indeed Jose Velasquez, is that right?

6   A.   Yes.

7   Q.   All right. Now, that was in May or early June of 2002,
8 is that right?

9   A.   June.

10   Q.   June 2nd of 2002?

11   A.   Yes.

12   Q.   Now, after that you and your attorney entered into a plea
13 agreement, which you saw this morning as Exhibit 10?

14   A.   Repeat that for me.

15   Q.   After your first meeting when you were arrested with the
16 agents in June, you then met with an attorney and entered into
17 a plea agreement with the government in August, is that right?

18   A.   No.

19   Q.   Did you not enter into a plea agreement with the
20 government?

21   A.   No.

22   Q.   Mr. Ramirez, I'm going to show you this document that Mr.
23 Trabold showed you before, see if you recognize it, the one you
24 saw earlier -- do you see that on the screen?

25   A.   Yes.