John-Henry: Cooley, Jr. ⓒⓒ #60159-068
USP Hazelton
PO Box 2000
Bruceton Mills, WV 26525

Legal Mail

United States District Court
Western District Pennsylvania
Sean J. McLaughlin
Judge
U.S. Courthouse, Room 4250
17 South Park Row
Erie, PA 16501

2006 SEP -8 AM 7:38

**RECEIVED**

SEP 11 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA