IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 02-40 ERIE |
| ) | Civil Action No. 06-165 ERIE |
| JOHN H. COOLEY, JR., ) | |
| Defendant. ) | |

**ORDER**

    AND NOW this  12th   day of September, 2006, after consideration of the Defendant's Letter, which the Court construes as a Motion for Reconsideration

    IT IS HEREBY ORDERED that the said motion be and hereby is DENIED

     S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: counsel/parties of record  NK