## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 19, 2006

No. 05-4735

UNITED STATES OF AMERICA
v.
JOHN H. COOLEY, Appellant
(W.D. of P.A. Criminal No. 02-cr-00040E)

**Present:**     SMITH, WEIS, and NYGAARD,  CIRCUIT JUDGES.

1. Motion by Appellant for Extension of Time to File Petition for Rehearing Which the Court May Also Wish to Construe as a Motion to File Petition For Rehearing Out of Time and to Recall the Mandate.

/s/ Chanel R. Graham
**Opinion & Judgment entered 11/08/06**        Chanel R. Graham   267-299-4955
**Mandate issued 11/30/06**                    Case Manager

**O R D E R**

**The foregoing motion is GRANTED.**

By the Court,

s/WEIS
**United States Circuit Judge**

DATED:  April 10, 2007
CRG/cc: EGM, LSI, MLI



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk