## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

'07  APR 12  12:07

UNITED STATE OF AMERICA          )

v.                               )          CLERK
                                            U.S. DISTRICT COURT

JOHN  COOLEY,                    )          CIVIL ACTION NO._____

       DEFENDANT.                )          CRIMINAL INDICTMENT

_____            )          NO. 1:02-cr-00040-SJM-1


### DEFENDANT'S AMENDMENT TO DEFENDANT'S § 2255.

**Defendant John Cooley,** respectfully requests that this
Honorable Court will allow the Defendant Cooley to amend his
pending Motion Under 28 U.S.C. § 2255 to Vacate, or Correct
Sentence by a Person in Federal Custody ("Rule 2255 Motion") based
on the recent United States Supreme Court decision in Cunningham
v. California, 164 L.Ed. 2d. 47 (2006).

In Cunninghamn supra, the U.S. Supreme Court reaffirmed
the "any fact that increases the penalty for a crime beyond the
prescribed statutory maximum must be submitted to a jury, and
proved beyond a reasonable doubt." quoting Apprendi v. New Jersey,
530 U.S. 466, 490 (2000).

The "statutory maximum" is not defined by the maximum
penalty that may be imposed based on aggravating facts or factors.
"(T)he statutory maximum...is the maximum sentence that a judge
may imposed solely on the basis of facts reflected in the jury

**(1)**

verdict or admitted by the defendant." A sentence exceeds the statutory maximum if it must be based on "additional findings" by the court.  **Blakely, supra, 124 S.Ct. at 2537 (emphasis in original).**

In **Blakely, supra,** the defndant pled guilty to second degree kidnapping involving the use of a firearm. the state's sentencing guidelines authorized a 53-month statutory maximum sentence as a standard range for this offense. The trial court imposed a more sever sentence based on its finding that the defendant acted with deliberate cruelty-an aggravating factor under the state sentencing guidelines.

The United States Supreme Court reversed the defendant's sentence because this aggravating factor was not proven to a jury or admitted by the defendant. The defendant disputed that he acted with deliberate cruelty, so the trial court could not increase his sentencing range without a supportive factual finding by a jury. Id.

Several federal district courts have already recognized that this same analysis must be applied to the federal Sentencing Guidelines. The trial courts cannot make factual findings that increase a defendant's offense level. the federal Sentencing Guidelines are uncomstitutional unless aggravating sentencing factors are found by a jury or admitted by a defendant. [1]/

1/ See Cunningham v. California, 164 L.Ed.2d. 47 (2007)

In tha case at bar, Defendant Cooley was convicted of a conspiracy to possess with intent to distribute Fifty (50) grams or more of cocaine base. Defendant never admitted to possession or distribution of any quantity of cocaine base, and no quantity was proven based on forseeibility to the jury.

Under these circumstances, the Court may only allow the defendant to amend his §2255 motion once before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar. Defendant further contends that his offense level cannot be enhanced based on an unproven allegation of cocaine base. Id.


Dated this ___9th___ day of APRIL, 2007

Respectfully submitted,

JOHN H. COOLEY , #20139-068
UNITED STATES PENITENTIARY-HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

(3)

## CERIFICATE OF SERVICE

I certify that on APRIL____9ᵗʰ____,2007   I mailed a copy
of the Defendant's Amendment To Defendant's § 2255 motion to
Vacate Sentence by first class mail to **CHRISTIAN A. TRABOLD,
UNITED STATES ATTORNEY'S OFFICE,100 STATES ST., #302
ERIE, PA   16507.**

JOHN H. COOLEY

(4)

APRIL _____9ᵗʰ_____, 2007


**Dear Clerk of the Court:**

   Could you please file the enclosed Motion to Amend within your court as soon as possible.

   In closing, I would like to thank you for your time and attention into this matter.


JHC/jhc
enclosures

Sincerely,

JOHN H. COOLEY, #20139-068
USP-HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525