IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COOLEY, ) | |
|    DEFENDANT/PETITIONER, ) | CIVIL ACTION NO._____ |
| v. ) | (In re: 02-40-cr-SJM) |
| UNITED STATES OF AMERICA, ) | Before the Honorable Sean J. McLaughlin |
|    PLAINITIFF/RESPONDENT. ) | UNITED STATES DISTRICT JUDG |

MOTION TO PROCEED ON PETITIONER'S

§ 2255 MOTION

    Now Comes the Defendant **John Cooley(hereinafter referred to as "Petitioner")** respectfully moves that this Honorable Court will proceed on the petitioner's § 2255 motion. This request is made in good-faith and in the interest of justice.

    **WHEREFORE,** the petitioner prays that this Honorable Court will proceed and go forth with petitioner's § 2255 motion. In addition, Petitioner asks for any other relief that this Court deems just and proper.

    Executed this __9th__ day of April, 2007.

                                              Respectfully submitted,

                                              JOHN COOLEY, JR., #20139-068
                                              USP-HAZELTON
                                              P.O. BOX 2000
                                              BRUCETON MILLS, WV 26525

## CERTIFICATE OF SERVICE

**I, John Cooley,** hereby certify that I have served the attached documents by placing a copy of same in the United States mail, first class, postage pre-paid addressed as follows:

CHRISTIAN A. TRABOLD
UNITED STATES ATTORNEY'S OFFICE
100 STATE STREET #302
ERIC, PA 16501

Dated this 9th day of April, 2007.

_____
JOHN COOLEY