IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Civil Action No. 02-41 Erie |
| ) | |
| JOHN H. COOLEY, ) | |
| Defendant. ) | |
| ) | |

## ORDER

AND NOW THIS __8th__ day of May, 2007, upon consideration of the Defendant's Motion to Amend (Doc. No. 137), Motion to Proceed on Petitioner's 2255 Motion (Doc. No. 138) and Motion to Amend his Rule 2255 Motion (Doc. No. 140)

IT IS HEREBY ORDERED that said Motions are DENIED AS MOOT

	Sean J. McLaughlin
	United States District Judge

cc: Parties of record   NK