

John H. Cooley, Jr.
Registration No. 20139-068
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

RECEIVED
NOV - 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Erie Division
17 South Park Row
Erie, PA 16501

"LEGAL MAIL"