IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 02-40 Erie |
| ) | |
| JOHN COOLEY ) | |

**ORDER**

AND NOW, this _____ day of November, 2007, upon consideration of the Government's Motion for Extension of Time to File Response to Defendant's Motion to Vacate,

IT IS HEREBY ORDERED that the Government's motion is GRANTED, and the Government shall file its response on or before February 6, 2007.

_____
UNITED STATES DISTRICT JUDGE