## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 02-40 Erie |
| | ) |
| JOHN COOLEY, | ) |
| | ) |
| Defendant. | ) |

### AMENDED ORDER

AND NOW, this 7th day of December, 2007, IT IS HEREBY ORDERED that the Order entered on the docket on November 28, 2007 [Doc. No. 144] is amended as follows:

IT IS HEREBY ORDERED that the Government's motion for extension of time to file a response to Defendant's motion to vacate is GRANTED, and the Government shall file its response on or before February 6, 2008.

                                                                      s/ Sean J. McLaughlin
                                                                       United States District Judge

cc:    All parties of record.
        U.S. Marshal Service
        Probation