RECEIVED

FEB 15 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

John H. Cooley, Jr.
Reg. No. 20139-068
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

"Legal Mail"

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Western District of Pennsylvania
Federal Courthouse
17 South Park Row
Erie, Pennsylvania 16501

